CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Allen Leach  QR-1123
**Full Name of Plaintiff**   **Inmate Number**

v.

DOC, S.C.I. CAMPHILL
**Name of Defendant 1**

Wellpath Holding Inc.
**Name of Defendant 2**

T. Heist, grievance coordinator
**Name of Defendant 3**

Lindsey Kendall, superintendent, SCI. Camphill
**Name of Defendant 4**

Dr. Laurel R. Harry, Secretary of Corrections
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(__) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
WILLIAMSPORT

OCT 20 2025

PER ____NR____
DEPUTY CLERK

I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___  Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Leach Michael A.
Name (Last, First, MI)

QR-1123
Inmate Number

S.C.I, Benner
Place of Confinement

301 Institution Dr.
Address

Bellefonte PA, 16823
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:
- ___ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ✓ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

D.O.C. S.C.I. Camphill
Name (Last, First)

State Prison
Current Job Title

2500 Lisborn Rd.
Current Work Address

Camphill PA. 17001
City, County, State, Zip Code

Page 2 of 6

Defendant 2:

Name (Last, First): WELLPATH HOLDING INC.

Current Job Title: Medical subcontractor for the D.O.C.

Current Work Address: CAMPHILL PA. AND ALL D.O.C.

City, County, State, Zip Code: FACILITYS

Defendant 3:

Name (Last, First): T. Heist

Current Job Title: grievence coordinator

Current Work Address: 2500 LISBURN Rd.

City, County, State, Zip Code: CAMPHILL PA. 17001

Defendant 4:

Name (Last, First): Lindsey Kendall

Current Job Title: Superintendent

Current Work Address: S.C.I. CAMPHILL 2500 LISBURN Rd.

City, County, State, Zip Code: CAMPHILL PA. 17001

Defendant 5:

Name (Last, First): DR. LAUREL R. HARRY

Current Job Title: Secretary of corrections

Current Work Address: 1920 Technology Parkway

City, County, State, Zip Code: Mechanicsburg PA. 17050

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

AT SCI. CAMPHILL 2500 LISBURN Rd., CAMPHILL PA. 17001, AND SCI. CAMPHILL ON P BLOCK, P BLOCK yard, and in the INFIRMIRY. JULY 4TH TO JULY 29TH.

B. On what date did the events giving rise to your claim(s) occur?

JULY 4TH, 5TH, 6TH, 7TH, 8TH, 9TH, 10TH, 11TH, 12TH.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I WAS FORCED TO USE P BLOCK yard OR NOT GET ANY Recreation OUT OF MY cell, were THERE WAS NO BATHROOM, RUNNING WATER, OR SHADE. PUT GRIEVANCE'S IN FOR HAT, AND WATER ETC. WAS Denied. Medical Did not treat me Properly, DID NOT DO wound or DRESSING CHANGE OR GIVE Meds Like they should have. I PUT IN GRIEVANCE'S AND ASKED FOR PROPER Recreation area, HAT, AND THE ABILITY TO PROPERLY PROTECT ONESELF FROM THE ELEMENTS AND WAS DENIED. Medical Did NOT PROPERLY TREAT ME AND CAUSED ME TO HAVE SCARING OF THE Head FOR THE Rest OF MY LIFE, AND PAIN AND SUFFING, AND POSSIBLY SKIN CANCER.

### IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

THE PRISON AND officials violated My Eighth AMENDMENT RIGHT'S BY KNOWING AND Rufusing TO DO ANYTHING ABOUT THE Serious HARM DONE TO ME AND POSSED TO ME. LIKE WITH Helling V. McKinney, I AM Faced with serious POSSIBILITY OF SKIN CANCER NOW. BIBBS V EARLY, 541 F.3d 267 (5TH CIR. 2008); GASTON V. COUGHLIN, 249 F.3d 156 (2d Cir. 2001). I HAVE A Right to Bedding AND CLOTHING THAT IS SUITABLE FOR THE TEMPERATURE AND CONDITIONS. OR BALL V LEBLANC, 792 F.3d 584, 596 (5TH CIR. 2015).

### V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

SCARRING OF THE Head, Permanatly FOR Life, PAIN + SUFFERING.

### VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

MONETARY Relief to pay for Pain, suffing, AND Permanant scaring, Disfigurment. ALSO TO GIVE ALL INMATES IN CLASSIFICATION PROPER CLOTHES TO PROTECT THEMSELVES LIKE THEY DO TO GENERAL POPULATION.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_Michael Leach QR-1123_
Signature of Plaintiff

_10/7/25_
Date

Smart communications/PADOC
SCI, Benner
Michael Leach QR-1123
P.O. Box 33028
St. Petersburg fl. 33733

RECEIVED
WILLIAMSPORT
OCT 20 2025
PER NR
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
U.S. Courthouse + Federal Office Building
240 West Third St. Suite 218
Williamsport P.A. 17701

INMATE MAIL
PA DPT OF
CORRECTIONS

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 16823
02 7W
0008042330 OCT 14 2025
$002.17